**Rodney Elmer ANDERSON,**
**Plaintiff—Appellant,**

v.

**XYZ CORRECTIONAL HEALTH SER-**
**VICES, INC.; Ronald J. Angelone;**
**D.A. Garraghty; M.C. Millard; Doctor**
**Sweater; John Doe; Doctor Swetter;**
**Joe Doe, Defendants—Appellees,**

and

**Andrew J. Winston; James A. Smith,**
**Jr.; K.W. Davis; Mr. Zummer; Mar-**
**sha Foresman, Defendants.**

No. 05–7523.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 3, 2006.

Decided: Feb. 27, 2006.

Rodney Elmer Anderson, Appellant Pro Se. Philip Carlton Hollowell, Office of the Attorney General of Virginia, Richmond, Virginia; Ashton Marie Jennette, Rawls & McNelis, PC, Richmond, Virginia, for Appellees.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Elmer Anderson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as untimely under the applicable statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Anderson v. XYZ Corr. Health Serv., Inc.,* No. CA–02–1045–1–GBL (E.D. Va. filed Aug. 26, 2005 & entered Aug. 29, 2005). We deny Anderson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*